### MORROW v. STATE. (No. 5930.)

(Court of Criminal Appeals of Texas. Oct. 27, 1920.)

Appeal from Hunt County Court; A. J. Gates, Judge.

J. O. Morrow was convicted of embezzlement, and he appeals. Affirmed.

See, also, 220 S. W. 1098.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The conviction is for embezzlement, and punishment fixed at a fine of $25 and confinement in jail for one day. The record contains neither bills of exceptions nor statement of facts.

Finding no error, the judgment is ordered affirmed.